STATE v. LOCKLEAR

No. 32P96

Case below: 121 N.C.App. 355

Petition by plaintiff (Attorney General) for writ of supersedeas and motion for temporary stay denied 23 January 1996.

STATE v. LUCAS

No. 552P95

Case below: 120 N.C.App. 884

Motion by Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 8 February 1996. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 8 February 1996.

STATE v. McABEE

No. 530P95

Case below: 120 N.C.App. 674

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 8 February 1996.

STATE v. MILLS

No. 15P96

Case below: 121 N.C.App. 218

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 8 February 1996.

STATE v. MILTON

No. 482P95

Case below: 120 N.C.App. 644

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 8 February 1996.